IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| EVELYN MITCHELL | ) | |
| | ) | |
| v. | ) | Civil No. 3:01-1503 |
| | ) | Judge Trauger |
| CITY OF RIDGETOP | ) | |

### **O R D E R**

The parties has notified court personnel that this case has settled. It is hereby

**ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

ENTER this 25th day of August, 2005.

_____
ALETA A. TRAUGER
U.S. District Judge