IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| EVELYN MITCHELL, | ) |
| Plaintiff | ) |
| v. | ) Case No. 3-01-1503 |
| CITY OF RIDGETOP, TENNESSEE, DARRELL DENTON, as Mayor of the City of Ridgetop and in his individual capacity, KATHY SPEARS, as Alderperson of the City of Ridgetop and in her individual capacity, and MELVIN NIPPER, as Alderman of the City of Ridgetop and in his individual capacity, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

As evidenced by the signatures of all parties who have appeared in this action or their attorneys of record, this action is dismissed with prejudice by stipulation. Each party stipulates that no costs have been incurred as a result of the defendant City of Ridgetop's appeal.

This dismissal is made in accordance with Fed. R. Civ. P. 41(a) and as a result of the parties' agreement to settle all claims between them in this matter.

APPROVED FOR ENTRY:

*Richard J. Braun* with permission
*Wilella J. Bates*
RICHARD J. BRAUN, S.Ct. #10346
Braun & Crotwell, P.L.L.C.
501 Union Street, Suite 500
Nashville, TN 37219
(615) 259-1550
*Attorney for Plaintiff, Evelyn Mitchell*

_Patricia E. Crotwell with permission William J. Bates_
PATRICIA E. CROTWELL, S.Ct. #15432
Braun & Crotwell, P.L.L.C.
501 Union Street, Suite 500
Nashville, TN 37219
(615) 259-1550
*Attorney for Plaintiff, Evelyn Mitchell*


_William J. Bates_
WILLIAM N. BATES, S.Ct. # 3578
Farrar & Bates, L.L.P.
211 Seventh Avenue, N., Suite 420
Nashville, TN 37219
(615) 254-3060
*Attorney for Defendant, City of Ridgetop*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to the Clerk of the United States Court of Appeals, Sixth Circuit, First Class United States mail, postage prepaid, and to the following persons.

Richard J. Braun
Patricia E. Crotwell
Braun & Crotwell
501 Union Street, Suite 500
Nashville, TN 37219

*Attorneys for Plaintiff, Evelyn Mitchell*

on this the 1st day of September, 2005.

_William J. Bates_
William N. Bates